1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SUSANNA SALCIDO,                    Case No. EDCV 18-2214 (SS)

12                    Plaintiff,

13        v.                                      **JUDGMENT**

14   ANDREW M. SAUL,[1] Commissioner
     of Social Security,
15
                     Defendant.
16

17

18        IT IS ADJUDGED that the decision of the Commissioner is

19   REVERSED and that the above-captioned action is REMANDED to the

20   Commissioner for further action consistent with the Court's

21   Memorandum Decision and Order.

22

23   DATED:  June 18, 2019

24

25                                          /S/
                                    _____
                                    SUZANNE H. SEGAL
26                                  UNITED STATES MAGISTRATE JUDGE

27   _____
     [1]   Andrew M. Saul, Commissioner of Social Security, is
28   substituted for his predecessor. See 42 U.S.C. § 405(g); Fed. R.
     Civ. P. 25(d).